No. 93–1438.  EDWARDS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–1516.  TAVAREZ *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–1552.  VALERA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 93–1555.  COZAD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–1559.  VOGT *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–5574.  BUSH *v.* COMMONWEALTH EDISON CO.  C. A. 7th Cir.  Certiorari denied.

No. 93–7318.  REICHER *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 93–7585.  TAREN-PALMA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 93–7636.  ABSHIRE *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–7702.  RAJI *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 93–7718.  GOLDMAN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 93–7805.  MOLEN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7815.  PRESIDENT *v.* OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 93–7828.  HALE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–7885.  ZACK *v.* SOVA ET AL.  C. A. 6th Cir.  Certiorari denied.